# United States District Court
# Central District of California

| | |
|---|---|
| FRANCISCO PEREZ,<br><br>            Plaintiff,<br><br>      v.<br><br>EXCEPTIONAL CHILDREN'S FOUNDATION; DOROTHY BURBANK; and DOES 1-50 inclusive,<br><br>            Defendants, | Case No. 2:14-cv-02239-ODW(VBKx)<br><br>**ORDER TO SHOW CAUSE RE. SETTLEMENT** |

In light of the Notice of Settlement (ECF No. 27), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, **no later than December 11, 2014**, why settlement has not been finalized. No hearing will be held. This Order will be discharged upon the filing of a stipulation to dismiss. All other dates in this action are **VACATED** and taken off calendar. The Motion to Compel ECF No. 21 is hereby MOOT.

**IT IS SO ORDERED.**

November 13, 2014

_____

**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**